UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD MANSFIELD *et al.*,<br><br>    Appellants,<br><br>  vs.<br><br>STEVEN WAYNE BASTROM<br><br>    Appellee. | Case No.  C05-846L<br><br>ORDER GRANTING APPELLANTS' MOTION TO REMAND TO BANKRUPTCY COURT AND DENYING APPELLANTS' MOTION TO CONSOLIDATE |

    This matter comes before the Court on the appeal of the bankruptcy court's decision to grant appellee's motion for summary judgment based on 11 U.S.C. § 523(a)(19)(B).  Appellants have filed a "Motion to Consolidate and Remand to Bankruptcy Court" (Dkt. # 5, the "Motion"). The motion is identical to a motion filed in C05-846L, a related proceeding between the same parties in which appellants have appealed the Bankruptcy Court's order denying their motion for relief from automatic stay.  Appellee's opposition is substantively similar to the opposition to the motion filed in the 05-cv-846L case.  In each case, appellants appeal is based on an intervening statutory amendment to § 523(a)(19)(B).

    For the reasons set forth in the Court's July 27, 2005 Order Granting Appellants' Motion to Remand to Bankruptcy Court and Denying Appellants' Motion to Consolidate (05-cv-845L,

ORDER GRANTING APPELLANTS' MOTION TO
REMAND TO BANKRUPTCY COURT AND DENYING
APPELLANTS' MOTION TO CONSOLIDATE - 1

Dkt. # 11), appellants' motion is granted in part and denied in part. The motion to remand is GRANTED. The motion to consolidate is DENIED.

DATED this 17th day of August, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING APPELLANTS' MOTION TO
REMAND TO BANKRUPTCY COURT AND DENYING
APPELLANTS' MOTION TO CONSOLIDATE - 2